**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6103**

_____

TODD MICHAEL GIFFEN,

        Petitioner - Appellant,

    v.

WARDEN FMC ROCHESTER; USDC/EASTERN DISTRICT OF NORTH CAROLINA,

        Respondents - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-hc-02182-D-RJ)

_____

Submitted:  March 17, 2026                          Decided:  March 27, 2026

_____

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Todd Michael Giffen, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Michael Giffen appeals the district court's orders dismissing his 28 U.S.C. § 2241 petition and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm. *Giffen v. Warden FMC Rochester*, No. 5:24-hc-02182-D-RJ (E.D.N.C. Nov. 27, 2024; Jan. 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*